UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> PEDRO CABRERA-GUTIERREZ, ) <br> a/k/a Pedro Jimenez-Hernandez, ) <br> ) <br> Defendant. ) | NO.    CR-08-2030-WFN-1 <br> <br> ORDER |

A sentencing hearing was held December 16, 2008 in CR-08-2029-WFN-1. The Defendant, who is in custody, was present and represented by James Becker; Assistant United States Attorney Thomas Hanlon represented the Government on behalf of Shawn Anderson. The Government made an oral motion to dismiss the Indictment in this case following sentencing in CR-08-2029-WFN-1 pursuant to the Plea Agreement. The Court has reviewed the file and is fully informed. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that:

1. The Government's oral motion to dismiss is **GRANTED.**

2. The Indictment in this matter is **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 17th day of December, 2008.

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

12-16

ORDER